DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO VARGAS-ROLDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO VARGAS-ROLDAN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR. S-06-219 WBS <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  July 19, 2006 <br> Time:  9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Vargas-Roldan, that the trial confirmation hearing and jury trial dates (July 19 and August 1, 2006) may be vacated and a status conference scheduled for August 30, 2006, at 9:00 a.m.

The defense seeks additional time to obtain records regarding Mr. Vargas-Roldan's case -- records which may bear directly on his liability for the charge in the indictment.  Several weeks time is needed to complete this task.  For that reason, the parties agree that time under the Speedy Trial Act should be

/////

/////

/////

1 excluded from the date of this order through the status conference on August 30,
2 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6 Dated: July 17, 2006                    /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for FRANCISCO VARGAS-ROLDAN
8

9                                         McGREGOR SCOTT
                                          United States Attorney
10

11 Dated: July 17, 2006                   /s/ T. Zindel for M. Beckwith
                                          MICHAEL BECKWITH
12                                        Assistant U.S. Attorney

13

14                                    **O R D E R**

15      The trial confirmation hearing and jury trial dates are vacated and a
16 status conference is scheduled for August 30, 2006, at 9:00 a.m.  Time under the
17 Speedy Trial Act is excluded through that date for the reasons stated above and
18 by agreement of the parties, the court finding that the ends of justice to be
19 served by a continuance outweigh the best interests of the defendant and the
20 public in a speedy trial.
21      IT IS SO ORDERED.

22

23 Dated:  July 18, 2006

24
                                          *[signature: William B. Shubb]*
25
                                          WILLIAM B. SHUBB
26                                        UNITED STATES DISTRICT JUDGE

27

28

Stip. in U.S.A. v. Vargas-Roldan        2