```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    FRANCISCO VARGAS-ROLDAN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-219 WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| FRANCISCO VARGAS-ROLDAN, | Date:  August 30, 2006 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Vargas-Roldan, that the status conference scheduled for August 30 may be continued to September 27, 2006, at 9:00 a.m.

The defense seeks additional time to obtain records regarding Mr. Vargas-Roldan's case and time to complete legal research. Both of these tasks must be completed before trial is scheduled or the case is otherwise resolved. So that they may be done, the parties agree that time under the Speedy Trial Act should

/////

/////

/////

excluded from the date of this order through the status conference on September 27, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 28, 2006       /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FRANCISCO VARGAS-ROLDAN

McGREGOR SCOTT
United States Attorney

Dated: August 28, 2006       /s/ T. Zindel for M. Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 27, 2006, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  August 29, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Vargas-Roldan       2