DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO VARGAS-ROLDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-219 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| FRANCISCO VARGAS-ROLDAN, ) | |
| ) | Date:  October 11, 2006 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Vargas-Roldan, that the status conference scheduled for October 11 may be continued to November 1, 2006, at 9:00 a.m.

   The defense awaits at least one additional record regarding Mr. Vargas-Roldan's case -- a record that may directly affect resolution of the case. The record must be obtained and reviewed before trial is scheduled or the case is otherwise resolved. So that this may be done, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the

/////

/////

1  status conference on November 1, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).
3                                              Respectfully submitted,
4                                              DANIEL J. BRODERICK
                                                Federal Defender
5
6  Dated: October 5, 2006                      /s/ T. Zindel
                                                TIMOTHY ZINDEL
7                                               Assistant Federal Defender
                                                Attorney for FRANCISCO VARGAS-ROLDAN
8
9                                              McGREGOR SCOTT
                                                United States Attorney
10
11 Dated: October 5, 2006                      /s/ T. Zindel for M. Beckwith
                                                MICHAEL BECKWITH
12                                              Assistant U.S. Attorney
13
14                                **O R D E R**
15      The status conference is continued to November 1, 2006, at 9:00 a.m.  Time
16 under the Speedy Trial Act is excluded through that date for the reasons stated
17 above and by agreement of the parties, the court finding that the ends of
18 justice to be served by a continuance outweigh the best interests of the
19 defendant and the public in a speedy trial.
20      IT IS SO ORDERED.
21
22 Dated: October 6, 2006
23
24                                              WILLIAM B. SHUBB
25                                              UNITED STATES DISTRICT JUDGE
26
27
28

Stip. in U.S.A. v. Vargas-Roldan            2